

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00394-CV

| | | |
|---|---|---|
| DAPHNE KANAS, Appellant | § | On Appeal from the 355th District Court |
| V. | § | of Hood County (C2024182) |
| KANETHA RACQUEL SMITH-WARD, NRT, LLC D/B/A COLDWELL BANKER UNITED REALTY AND MITCH LEWIS, Appellees | § | May 22, 2025 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr